```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

CLEVELAND OLIPHANT,                :
                                   :    Civil Action No. 10-3782 (RMB)
            Plaintiff,             :
                                   :
       v.                          :    **ORDER**
                                   :
ERIC TAYLOR, et al.,               :
                                   :
            Defendants.            :    **CLOSED**

For the reasons expressed in the Opinion filed herewith,

IT IS on this **10th** day of **August 2010**,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby **DENIED**, without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall supply to Plaintiff a blank form Application, for use by a prisoner, to Proceed In Forma Pauperis in a Civil Rights Case; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

**ORDERED** that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Order; Plaintiff's writing shall include either (1) a complete in forma pauperis application,

including an affidavit of indigence and six-month prison account statement, certified by the appropriate official of each prison at which the prisoner is or was confined, or (2) the $350 filing fee; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge